AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Pantaurus, LLC<br><br>*Plaintiff(s)*<br>v.<br>Persistent Systems, LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:16-CV-2216-ORL-28-TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Persistent Systems, LLC
Defendant may be served with process at:
The Company Corporation
2711 Centerville Rd, Ste 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sonia Colon / Eugenio J. Torres-Oyola
Ferraiuoli LLC
Bank of America Bldg.
390 N. Orange Avenue, Suite 2300
Orlando, FL 32801
T: 787-766-7000 / E: scolon@ferraiuoli.com / etorres@ferraiuoli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/27/2016_____                              _____
*Signature of Clerk or Deputy Clerk*